IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON LEE BLANKINCHIP,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 24-00238-KD-B |
| **JENNIFER WRIGHT,** *et al.*, | * |
| Defendants. | * |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's orders.

**DONE** and **ORDERED** this 26th day of December 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE